JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HYGEDENT USA, INC.
Plaintiff,
v.
SPIDENT CO., LTD.,
Defendant.

Case No. 2:24-cv-04042-SRM-BFM

**JUDGMENT**

Pursuant to the Court's Order granting Plaintiff's Motion for Default Judgment and Permanent Injunction, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is entered in favor of Plaintiff Hygedent USA, Inc. and against Defendant Spident Co., Ltd.

Dated: September 30, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE